**Order filed October 4, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00611-CV
_____

**PATRICIA DEVERS, Appellant**

**V.**

**U.S. BANK N.A., ET AL, Appellee**

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1109429**

## ORDER

No reporter's record has been filed in this case. Court reporter Jodi Masera informed this court that appellant has not requested the reporter's record. On August 6, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of the request for the reporter's record, as well as proof of payment or indigence. *See* Tex. R. App. P. 37.3(c). No response has been received.

Accordingly, we order appellant to file a brief in this appeal by **November 5, 2018**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM